U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 2 6 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:11-CR-10032-001 |
| | ) |
| WINTER KINGSBERRY | ) |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on August 10, 2011, be on the same day hereby dismissed without prejudice.

Entered on this 26th day of July, 2012.

Hon. Susan O. Hickey
United States District Judge